UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTOPHER J. BUSSE,

    Plaintiff,

v.                                                  Case No.  5:11-cv-511-Oc-17TBS

ED DEAN, Sheriff, CIRCUIT COURT,

    Defendants.
_____

## ORDER

Pending before the Court is Defendant Sheriff Ed Dean's Motion for Order Requiring Complete Complaint and Incorporated Memorandum of Law (Doc. No. 15). The Court has read the motion, reviewed the docket and finds it is appropriate to act on the motion even though plaintiff is still within his time to file a response.  There are pages missing from the complaint docketed by the Court and, according to defense counsel, the same pages are missing from the copy served on Ed Dean, as Sheriff of Marion County, Florida.  The Court and all parties need a complete copy of the plaintiff's complaint and therefore, it is ORDERED that the plaintiff shall file with the Court and serve on counsel for the Sheriff, a complete copy of his complaint within 14 days from the date of this Order.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on January 17, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Christopher J. Busse
    All Counsel