UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CHRISTOPHER J. BUSSE,

    Plaintiff,

v.                                               Case No.  5:11-cv-511-Oc-17TBS

ED DEAN, Sheriff, CIRCUIT COURT,

    Defendants.

## ORDER

On January 17, 2012, this Court entered its Order (Doc. 16), directing the plaintiff to file a complete copy of his complaint and serve a copy on the defendant within 14 days.  The plaintiff has filed a response to the Order (Doc. 17) stating that he has sent to the Court all the paperwork he has, that he needs help, and he asks that someone send him something so that he knows what pages from his complaint are missing.  The Court expects litigants to keep copies of every paper they file and every paper they receive from an opponent.  If the plaintiff did not retain a copy of his complaint then the Court cannot help him.  The plaintiff should read Defendant Sheriff Ed Dean's Motion for Order Requiring Complete Complaint and Incorporated Memorandum of Law (Doc. No. 15), which explains the problems with the copy of plaintiff's complaint that has been docketed and served.  As stated in the defendant's motion, pages 2, 3, 7 and 8 of the plaintiff's complaint are missing.  Now, the Court, grants plaintiff 14 days from the date of this Order within to file with the Clerk and serve on counsel for the defendant, a complete copy of his complaint.  The plaintiff should not simply file the missing pages, he needs to file a single, complete

document. If the plaintiff does not file a complete copy of his complaint then risks having his lawsuit dismissed.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on February 1, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    Christopher J. Busse
    All Counsel